**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:24-cv-61429-AHS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

SAMPLE SUNOCO LLC, a Florida Limited Liability Company d/b/a VAVA AUTO REPAIR and CRYSTAL LAKE COMMERCE CENTER LLC, a Florida Limited Liability Company

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, SAMPLE SUNOCO LLC and CRYSTAL LAKE COMMERCE CENTER LLC, by and through their undersigned attorneys, hereby notify this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly thereafter.

Respectfully submitted,

| | |
|---|---|
| *Ronald E. Stern* | *Roberto D. Stanziale* |
| Ronald E. Stern, Esq. | Roberto D. Stanziale, Esq. |
| Florida Bar No. 10089 | Florida Bar No. 885304 |
| THE ADVOCACY LAW FIRM, P.A. | ROBERTO D. STANZIALE, P.A. |
| 1835 E Hallandale Beach Blvd., #757 | 110 SE 6th Ave, 17th Floor |
| Hallandale, Florida 33009 | Fort Lauderdale, FL 33301 |
| Telephone: (954) 639-7016 | Telephone: (954) 763-7909 |
| Facsimile: (954) 639-7198 | Facsimile: (954) 763-7872 |
| Email: ronsternlaw@gmail.com | Email: rdstanzlaw@gmail.com |
| Attorney for Plaintiff | Attorney for Defendants |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:24-cv-61429-AHS

HOWARD MICHAEL CAPLAN,

       Plaintiff,

       vs.

SAMPLE SUNOCO LLC, a Florida Limited Liability Company d/b/a VAVA AUTO REPAIR and CRYSTAL LAKE COMMERCE CENTER LLC, a Florida Limited Liability Company

       Defendants.
_____/

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on January 23, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

2