UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61429-CIV-SINGHAL

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

SAMPLE SUNOCO LLC and CRYSTAL LAKE COMMERCE CENTER LLC,

    Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement (DE [30]).  The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file appropriate dismissal papers by **February 14, 2025**. Furthermore, the Court retains jurisdiction over the case until the settlement is consummated.  The Clerk of Court shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT** and all deadlines and hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 24th day of January 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF